Dismissed and Opinion filed December 5, 2002









Dismissed and Opinion filed December 5, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00509-CV

____________

 

CARLOS
BERDEGUEZ, Appellant

 

V.

 

MICHAEL
G. GRAHAM, Appellee

 



 

On Appeal from the 164th District Court

Harris
County, Texas

Trial Court Cause No. 01-05021

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed May 7, 2002. 

On November 25, 2002, the parties filed a joint motion to dismiss
the appeal in order to effectuate a compromise and settlement agreement.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed December 5, 2002.

Panel consists of Justices
Edelman, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P. 47.3(b).